UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:07-CR-121 |
| | ) | (VARLAN/SHIRLEY) |
| JOHN DAVIS LEE II, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, defendant's Motion to Dismiss for Violation of Speedy Trial Act and Defendant's Informal Brief and Memorandum [Doc. 17] is hereby **DENIED**. Defendant's appeal [Doc. 1] of the judgment of Magistrate Judge H. Bruce Guyton in this case is also hereby **DISMISSED** and Magistrate Judge Guyton's judgment, finding defendant guilty of a violation of 36 C.F.R. § 4.12 and imposing a fine of one hundred dollars with Court costs and a special assessment of thirty-five dollars for a total of one-hundred and thirty-five dollars, is hereby **AFFIRMED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE